UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER      21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
GLADYS BONNEN

                            Plaintiff,   Index No.: 07 CV 4454

    -against-                              **NOTICE OF APPEARANCE**

RECTOR OF TRINITY CHURCH, et al.
                                                  **ELECTRONICALLY**
                         Defendants.   **FILED**
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:    New York, New York
           December 10, 2007

                                          LONDON FISCHER LLP
                    By:    _____
                            Gillian Hines Kost (GK-2880)
                            59 Maiden Lane
                            New York, New York 10038
                            Phone: (212) 972-1000
                            Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Bonnen\Pleadings\Notice of Appearance